UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Russound/FMP, Inc.,
    Plaintiff

v.                              Civil No. 08-cv-213-SM

Future Home Systems;
and James Cahill d/b/a
Future Home Systems,
    Defendants

**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

June 25, 2008

cc:  Daniel E. Will, Esq.
     Leigh S. Willey, Esq.
     Richard B. McNamara, Esq.