UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Russound/FMP, Inc.

        v.                      Civil No. 08-cv-213-JL

Future Home Systems et al

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated 7/22/08, no objection having been filed.

SO ORDERED.

August 12, 2008

_____
Joseph N. Laplante
United States District Judge

cc:    Daniel E. Will, Esq.
        David J. Brody, Esq.
        Jonathan M. Shirley, Esq.
        Leigh S. Willey, Esq.
        Richard B. McNamara, Esq.
        Jennifer Turco Beaudet, Esq.